UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID A. GALVEZ, | ) | CASE NO. CV 10-2851-AHM (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Motion To Appoint Counsel And Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 28, 2010

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~3171264.wpd